UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
ANTONIO, DENIS G § Case No. 12-20042
ANTONIO, MAILA S.V. §
 §
 §
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-20042 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | ANTONIO, DENIS G | | | Date Filed (f) or Converted (c): | 05/16/12 (f) |
| | ANTONIO, MAILA S.V. | | | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 10/21/13 | | | Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Estate - Rental Property | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 1929 S. Spaulding Chicago, IL Foreclosed and sold | | | | | | | |
| 2. Other Real Estate | 110,000.00 | 0.00 | | 0.00 | FA | 118,894.09 | 0.00 |
| 2401 B Branson Landing Branson, MO 65616 | | | | | | | |
| 3. Other Real Estate | 185,000.00 | 0.00 | | 0.00 | FA | 242,649.00 | 0.00 |
| 5746 S. Throop Street Chicago, IL 60636 | | | | | | | |
| 4. Other Real Estate | 125,000.00 | 0.00 | | 0.00 | FA | 245,480.00 | 0.00 |
| 6831 S Damen Avenue Chicago, IL 60636 | | | | | | | |
| 5. Other Real Estate | 150,000.00 | 0.00 | | 0.00 | FA | 228,321.00 | 0.00 |
| 7157 S. Damen Avenue Chicago, IL 60636 | | | | | | | |
| 6. Residence | 300,000.00 | 0.00 | | 0.00 | FA | 325,421.00 | 30,000.00 |
| Marital Residence 481 Pheasant Hill Drive North Aurora, IL 60542 | | | | | | | |
| 7. Cash | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| Cash on hand | | | | | | | |
| 8. Checking Account | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 9. Checking Account-Charter One Bank | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 10. Household Goods | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Whole life insurance Spouse beneficiary $500,000 death benefit | | | | | | | |
| 13. Woodbury Brokerage Accoun | 2,563.00 | 0.00 | | 0.00 | FA | 0.00 | 2,563.00 |
| 14. Vehicles | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| 2002 BMW 330i 125,000 miles | | | | | | | |
| 15. 2007 Toyota Rav 4 150,000 miles | 7,000.00 | 850.00 | | 850.00 | FA | 0.00 | 4,567.00 |
| Trustee sold equity back to Debtors pursuant to this Court's order dated 8/30/12 | | | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-20042 CAD Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | ANTONIO, DENIS G | Date Filed (f) or Converted (c): | 05/16/12 (f) |
| | ANTONIO, MAILA S.V. | 341(a) Meeting Date: | 07/16/12 |
| | | Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 16. Other Liquidated Debts, Tax Refunds (u) | 0.00 | 9,252.00 | | 9,252.00 | FA | 0.00 | 0.00 |
| 2011 State - Illinois Tax Refund | | | | | | | |
| 17. Other Liquidated Debts, Tax Refunds (u) | 0.00 | 32,716.00 | | 32,716.00 | FA | 0.00 | 0.00 |
| 2011 Federal Tax Refund | | | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $886,533.00 | $42,818.00 | | $42,818.00 | $0.00 | $1,160,765.09 | $42,800.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with the Debtors for the purchase of the Estate's interest in an automobile and, pursuant to this
Court's order, recovered $850 on account of the equity in the BMW. Trustee discovered undisclosed tax refunds for 2011
totalling $40,000 which Debtors had wrongfully elected on a post-petition basis to apply toward the Debtors' 2012 tax
liablity. Trustee demanded and obtained turnover of the 2011 tax refund from IDOR. Trustee asserted an interest in the
2011 tax refund and made demand upon IRS for turnover of the 2011 tax refund. IRS disputed Trustee's asserted interest.
Trustee filed an adversary complaint against IRS seeking avoidance and turnover of post-petition transfer.
Ulitmately, Trustee recovered the proceeds of the 2011 tax refund and dismissed her adversary. Trustee attended to
Estate tax obligations.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1EX UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-20042 -CAD | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | ANTONIO, DENIS G | Bank Name: | Congressional Bank |
|  | ANTONIO, MAILA S.V. | Account Number / CD #: | *******8027 Checking Account |
| Taxpayer ID No: | *******2438 |  |  |
| For Period Ending: | 10/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/13/12 | 15 | Denis & Maila Antonio c/o Leilani and Vincent Antonio 1883 Appaloosa Drive Naperville IL 60565 | VEHICLE - BUYBACK | 1129-000 | 850.00 |  | 850.00 |
| 10/31/12 | 16 | State of Illinois Judy Barr Topinka, Comptroller | TAX REFUND | 1224-000 | 9,252.00 |  | 10,102.00 |
| 02/15/13 | 001001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 |  | 8.36 | 10,093.64 |
| 02/25/13 | 17 | United States Treasury | TAX REFUND | 1224-000 | 32,716.00 |  | 42,809.64 |
| 03/08/13 |  | CONGRESSIONAL BANK 6500 ROCK SPRING DRIVE SUITE 300 BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 |  | 13.05 | 42,796.59 |
| 04/22/13 |  | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Mar13 | 2600-000 |  | 45.44 | 42,751.15 |
| 05/22/13 |  | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 |  | 43.95 | 42,707.20 |
| 06/04/13 |  | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly bank service Fee - May 13 | 2600-000 |  | 45.35 | 42,661.85 |
| 07/05/13 |  | Congressional Bank 6500 Rock Spring Drive | Monthly Bank Service Fee - June 13 | 2600-000 |  | 43.84 | 42,618.01 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-20042 -CAD | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- |
| Case Name: | ANTONIO, DENIS G | | Bank Name: | Congressional Bank |
| | ANTONIO, MAILA S.V. | | Account Number / CD #: | *******8027  Checking Account |
| Taxpayer ID No: | *******2438 | | | |
| For Period Ending: | 10/21/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |

| Account *******8027 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 3 | Deposits | 42,818.00 | 1 | Checks | 8.36 |
| | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 191.63 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 42,818.00 | | | |
| | | | | | Total | $ 199.99 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 42,818.00 | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 21, 2013 |

Case Number: 12-20042  
Debtor Name: ANTONIO, DENIS G

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $5,031.80 | $0.00 | $5,031.80 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $6,736.50 | $0.00 | $6,736.50 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $552.00 | $0.00 | $552.00 |
| 001<br>3120-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $320.40 | $0.00 | $320.40 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $8.36 | $8.36 | $0.00 |
| | Subtotal for Class Administrative | | | $12,649.06 | $8.36 | $12,640.70 |
| 000001<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (1-1) CREDIT CARD DEBT | $4,799.90 | $0.00 | $4,799.90 |
| 000002<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (2-1) CREDIT CARD DEBT | $927.42 | $0.00 | $927.42 |
| 000003<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | (3-1) cc 4076 | $49.00 | $0.00 | $49.00 |
| 000004<br>070<br>7100-00 | Branson Bank<br>Katten & Temple LLP<br>Attn Joshua R Diller Esq<br>542 S Dearborn #1060<br>Chicago, IL 60605 | Unsecured | (4-1) Money loaned<br>(4-1) Modified on 11/6/2012 to correct creditors address (KS) | $79,000.89 | $0.00 | $79,000.89 |
| | Subtotal for Class Unsecured | | | $84,777.21 | $0.00 | $84,777.21 |
| | Case Totals: | | | $97,426.27 | $8.36 | $97,417.91 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20042
Case Name: ANTONIO, DENIS G
           ANTONIO, MAILA S.V.
Trustee Name: Elizabeth C. Berg

Balance on hand                                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ | $ | $ |
| 000002 | American Express Bank, FSB | $ | $ | $ |
| 000003 | US BANK N.A. | $ | $ | $ |
| 000004 | Branson Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE