UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
ANTONIO, DENIS G                     §      Case No. 12-20042
ANTONIO, MAILA S.V.                  §
                                     §
                                     §
        Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            Mr. Kenneth S. Gardner
            Clerk of the U.S. Bankruptcy Court
            219 S. Dearborn Street
            7th Floor
            Chicago   IL   60603

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
            11:15 a.m.
            on Thursday, December 5, 2013
            in Courtroom 240 of the Kane County Courthouse
            100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*


UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
ANTONIO, DENIS G                      §   Case No. 12-20042
ANTONIO, MAILA S.V.                   §
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 42,818.00 |
| and approved disbursements of | $ | 199.99 |
| leaving a balance on hand of[1] | $ | 42,618.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 5,031.80 | $ 0.00 | $ 5,031.80 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 6,736.50 | $ 0.00 | $ 6,736.50 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 320.40 | $ 0.00 | $ 320.40 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 552.00 | $ 0.00 | $ 552.00 |
| Other: International Sureties, Ltd. | $ 8.36 | $ 8.36 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 12,640.70 |
| Remaining Balance | | $ | 29,977.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,777.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ 4,799.90 | $ 0.00 | $ 1,697.25 |
| 000002 | American Express Bank, FSB | $ 927.42 | $ 0.00 | $ 327.94 |
| 000003 | US BANK N.A. | $ 49.00 | $ 0.00 | $ 17.33 |
| 000004 | Branson Bank | $ 79,000.89 | $ 0.00 | $ 27,934.79 |
| | Total to be paid to timely general unsecured creditors | | $ | 29,977.31 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                            Case No. 12-20042-CAD
Denis G Antonio                                                   Chapter 7
Maila S.V. Antonio
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon              Page 1 of 2              Date Rcvd: Nov 07, 2013
                              Form ID: pdf006            Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2013.
```
db/jdb       +Denis G Antonio,    Maila S.V. Antonio,   481 Pheasant Hill Road,   North Aurora, IL 60542-1285
aty         #+Baldi Berg & Wallace, Ltd,   19 S LaSalle St.,,   Suite 1500,   Chicago, IL 60603-1413
19366890      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19194545     +American Express/Costco,   c/o Becket & Lee LLP,   16 General Warren Blvd,
               Malvern, PA 19355-1245
18920457    #+Branson Bank,   Katten & Temple LLP,   Attn Joshua R Diller Esq,   542 S Dearborn #1060,
               Chicago, IL 60605-1567
18920458     +Citicard/Citibank,   Attn: Bankruptcy Dept,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
18920459     +Citimortgage,   Attn: Bankruptcy Dept,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
18920460   +++Clarita Guiang,   278 Gazebo Lane,   Lombard, IL 60148-7118
18920462   +++Lolito Antonio,   8296 Sterling Harbor Court,   Las Vegas, NV 89117
18920463    ++NEW CENTURY MORTGAGE CORPORATION,   1610 E ST ANDREW PLACE,   SUITE B150,
               SANTA ANA CA 92705-4931
             (address filed with court: New Century Mortgage Corp,   1610 E. Saint Andrews Place,   Suite 3150,
               Santa Ana, CA 92705)
18920465      Sunrise Credit Services,   P.O. Box 9100,   Farmingdale, NY 11735-9100
18920466     +Suntrust Mortgage,   P.O. Box 26149,   Richmond, VA 23260-6149
19407115    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
18920461    ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
             (address filed with court: HomEq Servicing,   P.O. Box 13716,   Sacramento, CA 95853)
18920467     +Washington Mutual,   P.O. Box 9001132,   Louisville, KY 40290-1132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18920464      E-mail/Text: mtg.bankruptcy@regions.com Nov 08 2013 01:02:05     Regions Mortgage,
               P.O. Box 2153,   Dept 2520,   Birmingham, AL 35287-2520
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lois West
aty             Popowcer Katten Ltd
19373053*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
```
              Bernard W. Moltz    on behalf of Debtor Denis G Antonio bernardwmoltz@yahoo.com,
               herzogschwartz@gmail.com
              Bernard W. Moltz    on behalf of Joint Debtor Maila S.V. Antonio bernardwmoltz@yahoo.com,
               herzogschwartz@gmail.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
```

```
District/off: 0752-1          User: kseldon             Page 2 of 2            Date Rcvd: Nov 07, 2013
                              Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Julia D Loper    on behalf of Plaintiff Elizabeth C Berg jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Wallace D Dennis    on behalf of Defendant    United States Of America w.damon.dennis@usdoj.gov
                                                                                                                    TOTAL: 7

Case 12-20042   Doc 42   Filed 11/07/13   Entered 11/09/13 23:41:02   Desc Imaged
Certificate of Notice   Page 6 of 6