UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
ANTONIO, DENIS G                    §   Case No. 12-20042
ANTONIO, MAILA S.V.                 §
                                    §
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage Attn: Bankruptcy Dept P.O. Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HomEq Servicing P.O. Box 13716 Sacramento, CA 95853 | | | | | |
| | New Century Mortgage Corp 1610 E. Saint Andrews Place Suite 3150 Santa Ana, CA 92705 | | | | | |
| | Regions Mortgage P.O. Box 2153 Dept 2520 Birmingham, AL 35287-2520 | | | | | |
| | Washington Mutual P.O. Box 9001132 Louisville, KY 40230-1123 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicard/Citibank Attn: Bankruptcy Dept P.O. Box 6500 Sioux Falls, SD 57117 | | | | | |
| | Clarita Guiang | | | | | |
| | Lolito Antonio | | | | | |
| | Sunrise Credit Services P.O. Box 9100 Farmingdale, NY 11735-9100 | | | | | |
| | Suntrust Mortgage P.O. Box 26149 Richmond, VA 23260 | | | | | |
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | BRANSON BANK | | | | | |
| 000003 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-20042 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | ANTONIO, DENIS G | | | Date Filed (f) or Converted (c): | 05/16/12 (f) |
| | ANTONIO, MAILA S.V. | | | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 02/09/14 | | | Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - Rental Property | 0.00 | 0.00 | | 0.00 | FA |
| 1929 S. Spaulding Chicago, IL Foreclosed and sold | | | | | |
| 2. Other Real Estate | 110,000.00 | 0.00 | | 0.00 | FA |
| 2401 B Branson Landing Branson, MO 65616 | | | | | |
| 3. Other Real Estate | 185,000.00 | 0.00 | | 0.00 | FA |
| 5746 S. Throop Street Chicago, IL 60636 | | | | | |
| 4. Other Real Estate | 125,000.00 | 0.00 | | 0.00 | FA |
| 6831 S Damen Avenue Chicago, IL 60636 | | | | | |
| 5. Other Real Estate | 150,000.00 | 0.00 | | 0.00 | FA |
| 7157 S. Damen Avenue Chicago, IL 60636 | | | | | |
| 6. Residence | 300,000.00 | 0.00 | | 0.00 | FA |
| Marital Residence 481 Pheasant Hill Drive North Aurora, IL 60542 | | | | | |
| 7. Cash | 20.00 | 0.00 | | 0.00 | FA |
| Cash on hand | | | | | |
| 8. Checking Account | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Checking Account-Charter One Bank | 150.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Whole life insurance Spouse beneficiary $500,000 death benefit | | | | | |
| 13. Woodbury Brokerage Accoun | 2,563.00 | 0.00 | | 0.00 | FA |
| 14. Vehicles | 4,000.00 | 0.00 | | 0.00 | FA |
| 2002 BMW 330i 125,000 miles | | | | | |
| 15. 2007 Toyota Rav 4 150,000 miles | 7,000.00 | 850.00 | | 850.00 | FA |
| Trustee sold equity back to Debtors pursuant to this Court's order dated 8/30/12 | | | | | |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.04b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 12-20042 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | ANTONIO, DENIS G | | | Date Filed (f) or Converted (c): | 05/16/12 (f) |
| | ANTONIO, MAILA S.V. | | | 341(a) Meeting Date: | 07/16/12 |
| | | | | Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. Other Liquidated Debts, Tax Refunds (u)  2011 State - Illinois Tax Refund | 0.00 | 9,252.00 | | 9,252.00 | FA |
| 17. Other Liquidated Debts, Tax Refunds (u)  2011 Federal Tax Refund | 0.00 | 32,716.00 | | 32,716.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $886,533.00 | $42,818.00 | | $42,818.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with the Debtors for the purchase of the Estate's interest in an automobile and, pursuant to this
Court's order, recovered $850 on account of the equity in the BMW.  Trustee discovered undisclosed tax refunds for 2011
totalling $40,000 which Debtors wrongfully elected on a post-petition basis to apply toward the Debtors' 2012  tax
liablity. Trustee demanded and obtained turnover of the 2011 tax refund from IDOR.  Trustee also made demand upon IRS
for turnover of the federal 2011 tax refund.  IRS disputed Trustee's asserted interest and Trustee filed an adversary
complaint against IRS seeking avoidance and turnover of post-petition transfer.  Ulitmately, Trustee recovered the
proceeds of the federal 2011 tax refund and dismissed her adversary. Trustee consulted with her Accountants regarding
any tax liability for the estate. Trustee reviewed claims and preapred final report.  Final distribution made.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| | |
|---|---|
| Case No: | 12-20042 -CAD |
| Case Name: | ANTONIO, DENIS G |
| | ANTONIO, MAILA S.V. |
| Taxpayer ID No: | *******2438 |
| For Period Ending: | 02/09/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8027  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/12 | 15 | Denis & Maila Antonio c/o Leilani and Vincent Antonio 1883 Appaloosa Drive Naperville  IL  60565 | VEHICLE - BUYBACK | 1129-000 | 850.00 | | 850.00 |
| 10/31/12 | 16 | State of Illinois Judy Barr Topinka, Comptroller | TAX REFUND | 1224-000 | 9,252.00 | | 10,102.00 |
| 02/15/13 | 001001 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans, LA  70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | | 8.36 | 10,093.64 |
| 02/25/13 | 17 | United States Treasury | TAX REFUND | 1224-000 | 32,716.00 | | 42,809.64 |
| 03/08/13 | | CONGRESSIONAL BANK 6500 ROCK SPRING DRIVE SUITE 300 BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 13.05 | 42,796.59 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Mar13 | 2600-000 | | 45.44 | 42,751.15 |
| 05/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 43.95 | 42,707.20 |
| 06/04/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly bank service Fee - May 13 | 2600-000 | | 45.35 | 42,661.85 |
| 07/05/13 | | Congressional Bank 6500 Rock Spring Drive | Monthly Bank Service Fee  - June 13 | 2600-000 | | 43.84 | 42,618.01 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.04b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20042 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | ANTONIO, DENIS G | Bank Name: | Congressional Bank |
| | ANTONIO, MAILA S.V. | Account Number / CD #: | *******8027  Checking Account |
| Taxpayer ID No: | *******2438 | | |
| For Period Ending: | 02/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | 001002 | Suite 300<br>Bethesda, MD 20817<br>Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee's Final Compensation | 2100-000 | | 5,031.80 | 37,586.21 |
| 12/06/13 | 001003 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Tr's Attorneys Final Compensation | 3110-000 | | 6,736.50 | 30,849.71 |
| 12/06/13 | 001004 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Accountant's Final Comp | 3410-000 | | 552.00 | 30,297.71 |
| 12/06/13 | 001005 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 320.40 | 29,977.31 |
| 12/06/13 | 001006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 35.36011% | 7100-000 | | 1,697.25 | 28,280.06 |
| 12/06/13 | 001007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 35.36046% | 7100-000 | | 327.94 | 27,952.12 |
| 12/06/13 | 001008 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000003, Payment 35.36735% | 7100-000 | | 17.33 | 27,934.79 |
| 12/06/13 | 001009 | Branson Bank<br>Katten & Temple LLP<br>Attn Joshua R Diller Esq | Claim 000004, Payment 35.36010% | 7100-000 | | 27,934.79 | 0.00 |

LFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.04b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-20042 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | ANTONIO, DENIS G | Bank Name: | Congressional Bank |
|  | ANTONIO, MAILA S.V. | Account Number / CD #: | *******8027  Checking Account |
| Taxpayer ID No: | *******2438 |  |  |
| For Period Ending: | 02/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 542 S Dearborn #1060 Chicago, IL 60605 |  |  |  |  |  |

```
Account *******8027       Balance Forward        0.00
                    3     Deposits          42,818.00         9  Checks             42,626.37
                    0     Interest Postings      0.00         5  Adjustments Out       191.63
                                                              0  Transfers Out           0.00
                          Subtotal       $  42,818.00
                                                                 Total          $   42,818.00
                    0     Adjustments In         0.00
                    0     Transfers In           0.00

                          Total          $  42,818.00
```